# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael Karff and Lisa London<br>    Debtor(s) | CHAPTER 13<br><br>BKY. NO. 12-10943 MDC |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

   Kindly enter my appearance on behalf of BANK OF AMERICA, N.A. SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICNG, LP FORMERLY KNOWN AS COUNTRYWIDE HOME LOANS SERVICING, LP, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 6386

                            Respectfully submitted,

                            **/s/Thomas Puleo, Esquire**
                            Thomas Puleo, Esquire
                            Brian C. Nicholas, Esquire
                            KML Law Group, P.C.
                            701 Market Street, Suite 5000
                            Philadelphia, PA 19106-1532
                            (215) 825-6306  FAX (215) 825-6406