Case 12-10943-mdc    Doc 58    Filed 04/13/17    Entered 04/13/17 11:53:33    Desc Main
Document      Page 1 of 3

4/12/'17

Re: # 12-10943   Michael Karff and
Lisa London

This letter is to inform the Court of an address change for the above mentioned acct. Please be advised that the current/new address is:

8234 Beech Tree Drive
Elkins Park, PA 19027

Please update your file.

Thank you,

Michael Karff
Lisa London

APR 13 2017